```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 17329
    EDWARD L MILLER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-1243

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/22/2007 and was confirmed 11/08/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 05/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
SPRINT BANKRUPTCY           UNSECURED         1356.71           .00           .00
CITY OF CHICAGO PARKING     UNSECURED         5065.00           .00           .00
LVNV FUNDING                UNSECURED          301.96           .00           .00
EXELON COMED                UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE    UNSECURED         5000.00           .00           .00
PALLINO                     UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE    PRIORITY         10000.00           .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          276.32           .00           .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       64.00           .00         64.00
ROUNDUP FUNDING LLC         UNSECURED       NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      3,500.00                      210.62
TOM VAUGHN                  TRUSTEE                                         20.06
DEBTOR REFUND               REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 294.68

PRIORITY                                        64.00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 210.62
TRUSTEE COMPENSATION                            20.06
DEBTOR REFUND                                     .00
                     ---------------    ---------------
TOTALS                  294.68                 294.68
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17329 EDWARD L MILLER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

PAGE   2
         CASE NO. 07 B 17329 EDWARD L MILLER